## STATE OF CONNECTICUT *v.* ERIKA KRINOCK
## (AC 19696)

Lavery, C. J., and Zarella and Dupont, Js.

Argued December 6—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## FAIRFIELD PLUMBING AND HEATING SUPPLY
## CORPORATION *v.* JEFFERSON A. SCINTO
## (AC 19547)

Foti, Schaller and Spear, Js.

Submitted on briefs December 4—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## EMPIRE INSURANCE COMPANY *v.* BRIA RUBBISH
## AND RECYCLING, INC.
## (AC 19979)

Foti, Landau and Pellegrino, Js.

Argued December 8, 2000—officially released January 9, 2001

Per Curiam. The judgment is affirmed.